UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

[redacted] 06 273 S

JAIRO R. PORTILLO

V. C.A. No.:

PRUDENTIAL INSURANCE COMPANY

**COMPLAINT**

PARTIES AND JURISDICTION

1. The plaintiff, Jairo R. Portillo, a resident of the City of Providence, State of Rhode Island, brings this complaint on his own behalf as a beneficiary under a long term disability insurance policy issued to his through his employer, Thermo Electron Corp.

2. The defendant, Prudential Insurance Company issued an ERISA Welfare Benefit Plan within the meaning of ERISA, 29 USC§1002(1), and this Court has jurisdiction under 29 USC§1144.

3. The defendant, Prudential Insurance Company, acted as the administrator of a long term disability benefit plan issued to the employees of Thermo Electron Corp. Said long term disability plan bears the group policy number 23101.

4. The plaintiff was an employee of Thermo Electron Corp., on and prior to November 27, 2001 and by virtue of said employment was a certificate holder of said long term disability benefit plan issued by the defendant.

5. While in the employ of Thermo Electron Corp., the plaintiff became totally disabled as defined in the certificate of long term disability benefits.

6. On November 27, 2001, the plaintiff was no longer able to perform his job duties.

7. The plaintiff duly filed a claim for long term disability benefits as required by the policy described above.

8. The plaintiff received benefits from November 27, 2001 through October 20, 2004. On or about January 26, 2005, the plaintiff received notification from the defendant that his long term disability benefits were being terminated.

9. The plaintiff has demanded additional benefits from the defendant and the defendant has refused to pay benefits due the plaintiff under the aforementioned policy.

10. The defendant's failure to pay the benefits due the plaintiff is a breach of its obligation under the policy.

WHEREFORE, the plaintiff, Jairo R. Portillo, demands judgment against the defendant, Prudential Insurance Company, in an amount equal to the coverage provided by said plan, plus interest, costs and attorney fees.

Plaintiff,
By his Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

Dated: 6-8-06