**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAIRO R. PORTILLO,
Plaintiff

v.

PRUDENTIAL INSURANCE COMPANY,
Defendant

C.A. NO.: 06-273S

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Prudential Insurance Company of America ("Prudential") submits the following as its Corporate Disclosure Statement:

1. Prudential, a non-governmental corporation, identifies the following parent company, which is a publicly held corporation, that controls Prudential, directly or through other, or which owns 10% or more of the party's stock: Prudential Financial, Inc.
2. As of December 18, 2001, Prudential became an indirect, wholly owned subsidiary of Prudential Financial, Inc., a publicly traded corporation.
3. Prudential identifies the following publicly held corporations with which a merger agreement with the party exists: None.
4. Prudential Financial, Inc., is the parent company of Prudential.
5. Prudential's stock is owned by Prudential Holdings, LLC, a direct, wholly owned company owned by Prudential Financial, Inc.

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

Local Counsel:

/s/ Michael J. Pisaturo
Michael J. Pisaturo, #5936
THE LAW OFFICE OF MICHAEL J. PISATURO, PC
1312 Atwood Avenue
Johnston, RI 02919
Telephone: (401)464-8111
Facsimile: (401)942-4928

/s/ Carey Bertrand
William T. Bogaert
Application for Admission *Pro Hac Vice* pending
Carey L. Bertrand
Application for Admission *Pro Hac Vice* pending
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
Telephone: (617) 422-5300
Facsimile: (617) 423-6917

## Certificate of Service

I, Michael J. Pisaturo, Esq., hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants (**Anthony J. Gianfrancesco** a.gianfrancesco@bgmalaw.com) as identified on the NEF on August 9, 2006.