**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAIRO R. PORTILLO,
Plaintiff

v.

PRUDENTIAL INSURANCE
COMPANY,
Defendant

C.A. No.: 06-273S

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant, The Prudential Insurance Company of America, hereby moves that William T. Bogaert and Carey L. Bertrand be admitted *pro hac vice* as associate trial counsel with local associate counsel identified below. Defendant submits that the law firm of *pro hac* counsel has taken over the national representation of The Prudential Insurance Company of America.

Attached are the certificates for *pro hac vice* admission for attorneys Bogaert and Bertrand.

Respectfully submitted,

Michael J. Pisaturo, #5936
THE LAW OFFICE OF MICHAEL J. PISATURO, PC
1312 Atwood Avenue
Johnston, RI 02919
Telephone: (401)464-8111
Facsimile: (401)942-4928

**CERTIFICATE OF SERVICE**

I, Michael J. Pisaturo, hereby certify that on this 28 day of July 2006, I served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Anthony Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, Rhode Island 02903-2963

Michael J. Pisaturo, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAIRO R. PORTILLO,
Plaintiff

v.

PRUDENTIAL INSURANCE COMPANY,
Defendant

C.A. No.: 06-273S

**ATTORNEY'S, WILLIAM T. BOGAERT, CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, William T. Bogaert, hereby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of Massachusetts and the Federal District Court bar of Massachusetts, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I was admitted *pro hac* vice in the cases of Boudreau v. Prudential Insurance Company of America, C.A. No.: 05-154 and Ebel v. Prudential Insurance Company of America, C.A. No. 02-3885. I also recently sought admission to this Court in the case of Femino v. The Prudential Insurance Company of America, C.A. NO. 04-298-S but the case was withdrawn before any decision was made on my admission. Also, I sought and was granted admission in one other case in this district in the early 1990's. That matter has since been resolved.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the

Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For the purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

William T. Bogaert

William T. Bogaert, (BBO# 546321)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
Telephone: (617) 422-5300
Facsimile: (617) 423-6917

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Michael J. Pisaturo

Michael J. Pisaturo, #5936
THE LAW OFFICE OF MICHAEL J.
PISATURO, PC
1312 Atwood Avenue
Johnston, RI 02919
Telephone: (401)464-8111
Facsimile: (401)942-4928

**ORDER:** **This motion is hereby** Granted

**U.S. District Judge** WESM

**Date:** 8/22/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAIRO R. PORTILLO,
Plaintiff

v.

PRUDENTIAL INSURANCE COMPANY,
Defendant

C.A. No.: 06-273S

**ATTORNEY'S, CAREY L. BERTRAND, CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Carey L. Bertrand hereby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of Massachusetts and the Federal District Court bar of Massachusetts, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I was previously admitted *pro hac* vice in the case of Boudreau v. Prudential Insurance Company of America, C.A. No.: 05-154 and I also recently sought admission to this Court in the case of Femino v. The Prudential Insurance Company of America, C.A. NO. 04-298-S but the case was withdrawn before any decision was made on my admission.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For the purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Carey L. Bertrand, (BBO# 650496)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
Telephone: (617) 422-5300
Facsimile: (617) 423-6917

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Michael J. Pisaturo, #5936
THE LAW OFFICE OF MICHAEL J.
PISATURO, PC
1312 Atwood Avenue
Johnston, RI 02919
Telephone: (401)464-8111
Facsimile: (401)942-4928

**ORDER:** **This motion is hereby** Granted
**U.S. District Judge** WRM
**Date:** 8/22/06