UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAIRO R. PORTILLO

V. C.A. No.: 06-273S

PRUDENTIAL INSURANCE COMPANY

PLAINTIFF'S PRETRIAL CONFERENCE MEMORANDUM

This is an action filed by the Plaintiff, Jairo R. Portillo for long-term disability benefits he claims he is entitled to as a beneficiary of a long-term disability policy issued by his employer, Thermo Electron Corporation. The plaintiff's claim arises out of and relates to an ERISA welfare benefit plan (hereinafter referred to as "the plan") within the meaning of ERISA 29USC § 1002 (1). The plaintiff had been an employee of Thermo Electron Corporation on and before November 27, 2001. He had worked as a calibrator for that company for approximately **3 years**. Toward the end of his employment, the plaintiff began suffering various symptoms including low back pain that had been related to a herniated disc. He began a course of treatment with several doctors who first diagnosed a herniated disc. In addition, the plaintiff underwent multiple surgeries for a herniated disc beginning within a month of leaving work. He has exhausted all of his sick time and applied for and received short-term disability benefits for six months. Plaintiff last worked on November 27, 2001.

On or about May 26, 2004, the plaintiff received notification from the defendants that his long-term disability benefits were being terminated. Plaintiff appealed the decision of the plan administrator denying him long-term disability benefits. In fact, plaintiff has requested three appeals at various levels, all of which have been denied. On

November 30, 2005, plaintiff received notification from the plan administrator that the decision to terminate Mr. Portillo's claim effective October 21, 2004 was appropriate and would not be overturned.

Apparently, defendant does not dispute that Mr. Portillo is in fact ill and has been diagnosed with various ailments, however it feels that any impairments he has are insufficient to limit his ability to work. Plaintiff has submitted evidence including, his treating physician's records, a work status form, and a report from a vocational rehabilitation expert indicating that the plaintiff is in fact totally disabled and unable to perform any gainful employment.

It is the plaintiff's position that the decision of Prudential Insurance Company is arbitrary and capricious in light of the material submitted by plaintiff to support his claim for disability benefits.

Plaintiff,
Jairo R. Portillo
By his Attorney,

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

**CERTIFICATION**

I hereby certify that on the 23rd day of August, 2006, I forwarded a copy of the within to Michael Pisatauro, Esq., 1312 Atwood Avenue, Johnston, Rhode Island 02919 and to Carey Bertrand, Esq., 155 Federal Street, Boston, Massachusetts 02110.