UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAIRO R. PORTILLO

V. C.A. No.: 06-273S

PRUDENTIAL INSURANCE COMPANY

**DECLARATION**
**REQUESTING ONE-TIME EXEMPTION UNDER ADMINISTRATIVE PROCEDURES SECTION 2(D)**

Now comes Plaintiff's counsel in the above entitled matter and hereby requests a one-time exemption pursuant to Administrative Procedure Section 2(d) in order to file the attached pre-trial conference memorandum scheduled for conference on Tuesday, August 29, 2006 before the Honorable District Judge William E. Smith.

As grounds therefore, Plaintiff's counsel avers that he has registered as a Filing User and has taken the training course. However, counsel has been unable to secure installation of the conversion software on the computer system to allow conversion of documents into PDF form as required by the filing requirements.

WHEREFORE, Plaintiff's counsel requests an exemption from the electronic filing requirements so that the attached pre-trial conference memorandum may be filed conventionally.

Plaintiff,

Jairo R. Portillo
By his Attorney,

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

Dated: August 23, 2006

**CERTIFICATION**

I hereby certify that on the 23rd day of August, 2006, I forwarded a copy of the within to Michael Pisatauro, Esq., 1312 Atwood Avenue, Johnston, Rhode Island 02919 and to Carey Bertrand, Esq., 155 Federal Street, Boston, Massachusetts 02110.

______________________________