UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Jairo R. Portillo,<br>Plaintiff,<br><br>v.<br><br>Prudential Insurance Company,<br>Defendant. | CA No. 06-273 S |

**PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Dispositive Motions. Cross-motions for summary judgment shall be filed by **November 13, 2006.** Objections and Replies shall be filed by **December 13, 2006.** Counsel should note the requirements of Local Rule 56 with respect to motions for summary judgment.

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 8/29/06