**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAIRO R. PORTILLO,
Plaintiff

v.

PRUDENTIAL INSURANCE COMPANY,
Defendant

C.A. NO.: 06-273S

**STIPULATION OF DISMISSAL**

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs.

Respectfully submitted,

Plaintiff,
JAIRO R. PORTILLO,

/s/ Anthony Gianfrancesco
Anthony Gianfrancesco,
Baluch, Gianfrancesco, Mathieu & Szerlag
155 S. Main St., Suite 101
Providence, RI 02903
(410)331-1434

Defendant,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

/s/ Carey Bertrand
William T. Bogaert, *Admitted Pro Hac Vice*
Carey L. Bertrand, *Admitted Pro Hac Vice*
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Local Counsel:

/s/ Michael J. Pisaturo
Michael J. Pisaturo
The Law Office of Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919
401-464-8111

Dated: October 13, 2006